# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE WELLS,<br><br>            Plaintiff,<br><br>      v.<br><br>T. CAGLE, et al.,<br><br>            Defendants.<br>_____/ | CASE NO. 1:11-cv–01550-LJO-BAM PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING PLAINTIFF'S MOTION FOR ACCESS TO LAW LIBRARY<br><br>(ECF Nos. 13, 14) |

Plaintiff Andre Wells is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on July 29, 2011, and the complaint is currently pending screening. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

Plaintiff filed a motion on February 17, 2012, seeking the issuance of a court order giving him access to the law library. (ECF No. 13.) On February 23, 2012, the Magistrate Judge filed findings and recommendations herein which was served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within thirty days. (ECF No. 14.) More than thirty days have passed and no objections have been filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

///

///

1 | Accordingly, IT IS HEREBY ORDERED that:
2 | 1. The findings and recommendations, filed February 23, 2012, is adopted in full; and
3 | 2. Plaintiff's motion for a court order, filed February 17, 2012, is DENIED.
4 | IT IS SO ORDERED.
5 | **Dated:** April 17, 2012                    /s/ Lawrence J. O'Neill
                                              UNITED STATES DISTRICT JUDGE