# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE WELLS, | ) 1:11-cv-1550-LJO-BAM (PC) |
| Plaintiff, | ) |
| | ) ORDER DENYING PLAINTIFF'S MOTION |
| v. | ) TO POSTPONE OR STAY DISCOVERY |
| | ) (ECF No. 61) |
| T. CAGLE, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

Plaintiff Andre Wells ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on July 29, 2011.  On September 14, 2011, the action was transferred to the Fresno Division of the Eastern District of California.  This action now proceeds on Plaintiff's second amended complaint, filed on March 26, 2014, against Defendant T. Cagle for use of excessive force in violation of the Eighth Amendment and against Defendant R. Perez for failure to intervene in violation the Eighth Amendment.  Defendant Cagle answered the second amended complaint on April 15, 2014.  Defendant R. Perez has not yet been served with the complaint.

Discovery in this action opened on August 20, 2013.  On March 10, 2014, the Court extended the discovery deadline to July 20, 2014.  On March 26, 2014, Plaintiff filed a motion for voluntary counsel.  Thereafter, on April 23, 2014, Plaintiff filed the instant motion to postpone or stay discovery and any pending or future motions from Defendants until after resolution of the motion for voluntary counsel.  Plaintiff explained that he was overwhelmed by

discovery from defense counsel.  Plaintiff therefore requested that discovery be stayed pending resolution of his motion for counsel.  Alternatively, Plaintiff asked for a ninety-day extension.  (ECF No. 61.)  Defendant Cagle opposed the motion for stay on May 16, 2014.  Defendant Cagle indicated that he has served only one set of interrogatories and a notice of deposition with request for interrogatories.  However, the deposition has been stayed pending consideration of Plaintiff's motion for counsel.  Defendant also noted that all other pending motions were filed by Plaintiff, not Defendant Cagle.  (ECF No. 69.)

On June 17, 2014, following briefing and submission of evidence by the parties, the Court denied Plaintiff's request for the appointment of voluntary counsel.  (ECF No. 71.)  As a result, Plaintiff's motion for a stay of both discovery and all pending or future motions is now moot and is DENIED.  With regard to Plaintiff's alternate request for an extension of time, the Court declines to issue any such order as Plaintiff's moving papers to do not specify the purpose of the extension.  If Plaintiff requires additional time to complete discovery or to prepare a dispositive motion, then he may apply to the Court for an extension of time.

IT IS SO ORDERED.

Dated:   **June 17, 2014**                    /s/ *Barbara A. McAuliffe*

UNITED STATES MAGISTRATE JUDGE