# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE WELLS,<br><br>        Plaintiff,<br><br>   v.<br><br>T. CAGLE, et al.,<br><br>        Defendants. | 1:11-cv-1550-LJO-BAM (PC)<br><br>ORDER DIRECTING DEFENDANTS TO RESPOND TO PLAINTIFF'S MOTION FOR STAY OR APPOINTMENT OF COUNSEL<br>(ECF No. 81) |

      Plaintiff Andre Wells ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on July 29, 2011.  This action proceeds on Plaintiff's claims against Defendants T. Cagle and R. Perez for violations of the Eighth Amendment.

      On June 18, 2014, Plaintiff filed a motion for the appointment of counsel.  On August 1, 2014, the Court denied the motion without prejudice and directed Plaintiff to file a response to Defendants' pending motion to compel discovery responses and motion to modify the scheduling order.  (ECF No. 80.)

      On August 8, 2014, Plaintiff filed a motion requesting a stay of discovery or, in the alternative, appointment of counsel.  Plaintiff explains that he is at the Department of Mental Health and will be transferred to an I.C.F.  Currently, Plaintiff reports that he does not have access to a law library and he has received only a crayon for writing.  He asks the Court to put

1

this case on hold for the year he will be at I.C.F. or to appoint him counsel. His current address is listed as the California Medical Facility in Vacaville, California.

In light of Defendants' pending motion for modification of the scheduling order and Plaintiff's request for a stay, the Court finds it appropriate to obtain a response from Defendants regarding Plaintiff's pending motion. Accordingly, Defendants shall file a response to Plaintiff's motion for stay or appointment of counsel within twenty-one (21) days of the date of this order.

IT IS SO ORDERED.

Dated: **August 12, 2014**         /s/ Barbara A. McAuliffe
                                      UNITED STATES MAGISTRATE JUDGE