UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE WELLS,<br><br>        Plaintiff,<br><br>    v.<br><br>T. CAGLE, et al.,<br><br>        Defendant. | 1:11-cv-01550-LJO-BAM (PC)<br><br>ORDER REQUIRING PLAINTIFF TO FILE OPPOSITION OR STATEMENT OF NON-OPPOSITION TO MOTION FOR TERMINATING SANCTION<br><br>(ECF No. 128)<br><br>**THIRTY (30) DAY DEADLINE** |

       Plaintiff Andre Wells ("Plaintiff"), is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds on Plaintiff's claims against Defendants T. Cagle and R. Perez for violations of the Eighth Amendment.

       On May 19, 2016, Defendants filed a motion to dismiss this matter, with prejudice, as a sanction for Plaintiff's allegedly repeated refusal to attend and cooperate in his deposition. Fed. R. Civ. P. 37, 41. (ECF No. 128.) Plaintiff was expressly informed in the notice accompanying that motion that, pursuant to Local Rule 230(l), his opposition was due within twenty-one (21) days of the date of service of that motion. (Id. at pp. 1-2.)

///

1

1      More than thirty (30) days have passed since Defendants' motion was filed and served, but Plaintiff has not filed any opposition or statement of non-opposition to the motion. Plaintiff filed a recent notice to the Court on May 14, 2016, stating that he had been experiencing anxiety and problems sleeping, but has not substantively responded to Defendants' motion. (ECF No. 129.)

     Pursuant to Local Rule 230(l), Plaintiff is HEREBY ORDERED to file an opposition or a statement of non-opposition to Defendants' motion within thirty (30) days. **Plaintiff is warned that the failure to comply with this order may result in dismissal of this action, with prejudice, for failure to prosecute and failure to obey a court order.**

IT IS SO ORDERED.

    Dated:   **June 21, 2016**          /s/ *Barbara A. McAuliffe*
                                               UNITED STATES MAGISTRATE JUDGE